

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-12-00387-CV

Trial Court Cause
Number:     2009-59257

Style:     Sharon Huston

     **v** United Parcel Services, Inc

Date motion filed*:     December 10, 2013

Type of motion:     Motion for Extension of Time

Party filing motion:     Trial Court

Document to be filed:     Findings on Order of Abatement

Is appeal accelerated? ☐ Yes     ☒ No

If motion to extend time:

    Original due date:     December 19, 2013

    Number of previous extensions granted:

    Date Requested:     January 19, 2013

Ordered that motion is:

    ☒     Granted

        If document is to be filed, document due:  January 21, 2014

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
    ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: December 17, 2013